**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**CORELANIUS T. PHILLIPS,
ADC #99996**                                                                                          **PLAINTIFF**
**VS.**                                    **2:04CV00028**

**JAMES T. BANKS, et al.**                                                                **DEFENDANTS**

**Consolidated With:**

**CORELANIUS T. PHILLIPS,
ADC #99996**                                                                                          **PLAINTIFF**
                                    **5:04CV00218**

**LARRY NORRIS, et al.**                                                                   **DEFENDANTS**

**ORDER**

Plaintiff Phillips filed a Notice of Appeal[1], appealing an Order granting partial summary judgment with respect to the allegations made in the claims against defendants Norris, James, Williams, Mathis, Harmon and Gibson in consolidated case 5:04CV00218; and denying summary judgment with respect to the allegations made in the claims against defendants Banks, Scudmore, Harmon and Gibson in consolidated case 2:04CV00028.[2] The Notice of Appeal is interpreted as a Certificate of Appealability.

On July 19, 2005 an Order was entered adopting the Recommendations of the Magistrate granting a *partial* summary judgment on some, but not all the claims alleged in this consolidated case. The Order also granted a *partial* summary judgment with respect to some, but not all of the defendants in this case. A Judgment was not filed because the Order did not represent a final

---

[1]Doc. No. 31 to Consolidated Case #5:04CV00218.

[2]Doc. No. 113 to Consolidated Case # 2:04CV00028.

adjudication of all claims or an adjudication of the rights and liabilities of all parties.[3]  Because there is no final Judgment in this case as defined by Fed. R. Civ. P. 54 (b), it is not a final appealable order according to 28 U.S.C.§1291.  In view of this, the request for a Certificate of Appealability is  DENIED.

IT IS SO ORDERED this 10th day of August, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[3] Fed. R. Civ. P. 54(b); *Bullock v. Baptist Memorial Hospital*, 817 F.2d 58, 59 (8th Cir. 1987).